NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

HEAVENLY AIR CONDITIONING &amp;
HEATING, INC., a Florida corporation,

  Appellant,

v.            Case No. 2D18-3517

TRENAM, KEMKER, SCHARF,
BARKIN, FRYE, O'NEILL &amp; MULLIS,
PROFESSIONAL ASSOCIATION, a
Florida professional association,

  Appellee.

Opinion filed June 5, 2019.

Appeal from the Circuit Court for Pasco
County; Kimberly Sharpe Byrd, Judge.

Paul L. Kutcher of Paul L. Kutcher, P.A.,
Brandon, for Appellant.

Marie Tomassi and Stanley H. Eleff of
Trenam, Kemker, Scharf, Barkin, Frye,
O'Neill &amp; Mullis, P.A., St. Petersburg, for
Appellee.


PER CURIAM.


    Affirmed.


VILLANTI, MORRIS, and BLACK, JJ., Concur.